# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

John B. Doucet
Franklin Parish Det. Ctr. DOC No. 428957
388 Nature Acres Road
Winnsboro LA 71295

**REHEARING ACTION: June 19, 2013**

**Docket Number: 12   00613-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOHN B. DOUCET**

**Writ Application from Lafayette Parish Case No. 96032**

**BEFORE JUDGES:**

   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John B. Doucet** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for  the Respondent